■ In the Matter of Peggy L. Zeccolo, as Commissioner of Elections of County of Jefferson, Appellant, v Jefferson County et al., Respondents.—Judgment unanimously affirmed without costs. (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—Article 78.) Present—Callahan, J. P., Pine, Lawton, Boehm and Davis, JJ.